UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and INVISIBLE FENCE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HU YI HUI (a/k/a Yi Hui Hu, Danny Hu), an individual; RONG JUAN XIE, an individual; WEI WU HU, an individual; RONGSTART DIGITAL, INC., an Illinois corporation; and DHCAMERA INC., an Illinois corporation,<br><br>Defendants. | No. 2:26-cv-00780-RSM<br><br>ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR ALTERNATIVE SERVICE |

This matter comes before the Court on Plaintiffs' *Ex Parte* Motion for Alternative Service ("Motion"), brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Invisible Fence, Inc. (collectively, "Plaintiffs"). Dkt. #8. The Court having considered Plaintiffs' Motion and finding good cause, it is hereby ORDERED:

1. Plaintiffs' Motion is GRANTED.

2. Plaintiffs are authorized to serve Defendants Hu Yi Hui, Rong Juan Xie, Wei Wu Hu, Rongstar Digital, Inc., and DHCamera Inc. by (1) mailing by first-class U.S. Mail copies of the Summons, Complaint, and Exhibits to the Complaint to 2830 S. Grove Street, Chicago, IL 60608, and (2) by serving the same documents via email at the following email addresses:

dhcamrenewed@hotmail.com; hu221221@gmail.com; hu227227@gmail.com; and hu227227@163.com.

3. Service shall be deemed complete 10 days after emailing and mailing are accomplished.

SO ORDERED this 28th day of July, 2026.

THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE