UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and INVISIBLE FENCE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HU YI HUI (a/k/a Yi Hui Hu, Danny Hu), an individual; RONG JUAN XIE, an individual; WEI WU HU, an individual; RONGSTART DIGITAL, INC., an Illinois corporation; and DHCAMERA INC., an Illinois corporation,<br><br>Defendants. | No. 2:26-cv-00780-RSM<br><br>ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO EXTEND RULE 26 DEADLINES |

This matter comes before the Court on the Plaintiffs' *Ex Parte* Motion for Extension of Initial Case Deadlines, Dkt. #11, and the Court having considered the Motion, and finding good cause therefore, the Court ORDERS:

That the deadlines set by the Court's May 15, 2026 Minute Order are extended as follows:

| **Deadline** | **Date** |
|---|---|
| Deadline for FRCP 26(f) Conference | September 13, 2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | September 21, 2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | September 28, 2026 |

SO ORDERED this 28th day of July, 2026.

THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE